EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>533-2022-01873 |

| | |
|---|---|
| **Pennsylvania Human Relations Commission**<br>*State or local Agency, if any* | and EEOC |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Cheyanne M. Horne | 724-858-9600 | |

Street Address

814 Elm Street

NORTH IRWIN, PA 15642

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| UPMC Health Plan | 101 - 200 Employees | |

Street Address

600 Grant Street 56

PITTSBURGH, PA 15219

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |
| Sex | 09/16/2021 / 06/15/2022 |
| | Continuing Action |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

1. I began my employment with the Respondent on February 4, 2019. I currently work as an Account Representative Sr. for Corporate Services. My previous Supervisor was Karen Sinopoli, Supervisor of Call Center Clinical Operations. My current supervisor is Ashley Hansen, Supervisor for Billing. On or about August 12, 2021, I started working for UPMC Health Plan Clinical Operations and was transferred January 28, 2022, after I applied and interview for this transferred to her current position. 2. I informed the Respondent of my disability and requested a reasonable accommodation. The Respondent would not enter into the interactive process with me. On or about September Ms. Sinopoli called me on my personal cell phone and told me that I had to resign or take a leave of absence. 3. I believe that I was discriminated against based on my pregnancy, in violation of Title VII of the Civil Rights Act when the Respondent would not enter the interactive process.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Cheyanne M. Horne**<br>**06/15/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |