IN THE UNITED STATS DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEYANNE HORNE, | : |
| *Plaintiff*, | : |
| | : Case No.: 2:24-cv-1497-MJH |
| v. | : |
| UPMC d/b/a UPMC CORPORATE SERVICES, UPMC HEALTH PLAN, INC., and UPMC MAGEE-WOMEN'S HOSPITAL, *jointly and severally*, | : |
| *Defendants*. | |

**MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

AND NOW, comes Plaintiff, Cheyanne Horne, by and through the undersigned counsel, J.P. Ward & Associates, LLC, and, specifically, Justin M. Bahorich, Esq., pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves this Court for a brief extension of time—seven (7) days—to file her response to the Motions to Dismiss filed by Defendants UPMC Corporate Services, UPMC Health Plan, Inc., and UPMC Magee-Women's Hospital on March 28, 2025. ECF Nos. 26, 29, 34.

1. Defendants filed separate motions to dismiss the Amended Complaint on March 28, 2025. ECF Nos. 26, 29, 34.

2. Pursuant to this Honorable Court's Standing Order and Procedures, Plaintiff's current deadline to respond is April 18, 2025.

3. Plaintiff respectfully requests a one-week extension, up to and including April 25, 2025, to finalize and file her consolidated response.

4. Good cause exists for the requested extension. Plaintiff's counsel has been diligently preparing responses to three separate motions, which raise overlapping but distinct legal and factual issues. An additional week will allow counsel to complete the necessary briefing, ensure adequate factual citations, and fully address the issues raised by each Defendant in their separate motions.

5. The requested extension is brief, will not cause undue delay and is not sought for purposes of harassment or bad faith.

6. On April 11, 2025, Plaintiff's counsel conferred with counsel for Defendants, who consented to a seven (7) day extension.

7. As of the date of this filing, counsel for Defendants has not responded to a follow-up communication on April 18, 2025, to confirm that the consent still stands. Plaintiff files this motion with the understanding that Defendants do not oppose the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend her deadline to respond to Defendants' motions to dismiss through April 25, 2025.

Dated: April 18, 2025

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

_____
Justin M. Bahorich, Esq.
(Pa. I.D. No. 329207)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
Tel: (412) 310-2737
Email: jbahorich@jpward.com

*Counsel for Plaintiff*